## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

V.

THOMAS B. LEBA; et al.

**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-05158

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served THOMAS B. LEBA the above process on the 19 day of November, 2016, at 3:45 o'clock, PM, at 1912 SOUTH 20TH STREET PHILADELPHIA, PA 19145 , County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: LEON LEE
Relationship/Title/Position: FATHER
Remarks: _____
Description: Approximate Age 51-55   Height 5'5   Weight 140   Race ASIAN   Sex MALE   Hair GRAY
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of ____Pa_____  )
                                       ) SS:
County of ____Berks_____            )

Before me, the undersigned notary public, this day, personally, appeared _____Shannon Beckier_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158061
Case ID #: 4740257

Subscribed and sworn to before me
this **23** day of ____Nov____, 20 **16** .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017