# KML LAW GROUP, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| MICHAEL T. MCKEEVER* | | JILL P. JENKINS* |
| LISA A. LEE* | | JOSHUA I. GOLDMAN* |
| KRISTINA G. MURTHA* | | ALYK L. OFLAZIAN* |
| THOMAS I. PULEO | SUITE 5000 | COLLEEN M. HIRST* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | CAITLIN M. DONNELLY* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | JOHN GORYL |
| *PA & NJ BAR | (866) 413-2311 | MATTHEW K. FISSEL* |
| | FAX (215) 627-7734 | MICHAEL J. CLARK* |
| | | NICHOLAS J. ZABALA* |
| | WWW.KMLLAWGROUP.COM | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | | MATTHEW J. MCCLELLAND |
| | | DENISE CARLON |
| | | CHRISTOPHER FORD |

November 28, 2016

Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania

RE:   UNITED STATES OF AMERICA vs. THOMAS B. LEBA
      Docket #16-05158

Dear Judge Kearney:

   Pursuant to your request, the status of the above-mentioned case, at the present time, is such that the summons and filed complaint were sent to this office on or about September 28, 2016. A copy of the summons and complaint were sent, along with a waiver of service, to Defendant. The waiver was not returned executed. Therefore, a private process server served Defendant on November 19, 2016. After the appropriate time has elapsed a Request for Default and Default Judgment will be filed.

   Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Thomas I. Puleo, Esq.

cc:
    THOMAS B. LEBA